...
...

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK ROSE,

                 Plaintiff,

-v-

NEW TSI HOLDINGS, INC.,

                 Defendant.

21-CV-5519 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within ninety days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                               J. PAUL OETKEN
                                               United States District Judge